```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO

MICHAEL TERRENCE GROSSE,         )    CASE NO. 1:06 CV 2497
                                 )
         Plaintiff,              )    JUDGE KATHLEEN M. O'MALLEY
                                 )
     v.                          )
                                 )    JUDGMENT ENTRY
SUPREME COURT OF OHIO,           )
                                 )
         Defendant.              )
```

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

                                                s/ Kathleen M. O'Malley
                                                KATHLEEN M. O'MALLEY
                                                UNITED STATES DISTRICT JUDGE

DATED: December 12, 2006